

FILED

AUG 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SEALED

| | |
|---|---|
| In Re Matter of | ) |
| | ) |
| (1) CRIMINAL COMPLAINTS AND ARREST WARRANTS AUTHORIZED ON AUGUST 18, 2009, TO ARREST: | ) ORDER SEALING ARREST WARRANTS, ) CRIMINAL COMPLAINTS, SEARCH ) WARRANTS, SEARCH WARRANTS, ) APPLICATION AND ORDER |
| MIGUEL GOMEZ, RAMON SANCHEZ, ARTURO LEMUS SALDANA, ROGELIO RAMOS FRAUSTO, and SALVADOR GUTIERREZ MACHUCA. | ) Under Seal |
| (2) SEARCH WARRANTS AUTHORIZED ON AUGUST 18, 2009, TO SEARCH: | ) 1:09 SW 00204 SMS |
| 5476 Lawrence St., Dinuba, CA; | ) 1:09 SW 00205 SMS ) 1:09 SW 00206 SMS |
| 974 Pecan Ave., Reedley, CA; | ) 1:09 SW 00207 SMS |
| 424 E. Huntsman Ave., Reedley, CA; and | ) 1:09 MJ 00201 SMS |
| The first pink residence located on the eastside of Road 124, north of Ave. 424, in the area of 42800-42804 Road 124, Orosi, CA. | ) 1:09 MJ 00202 SMS ) 1:09 MJ 00203 SMS ) 1:09 MJ 00204 SMS |
| | 1:09 MJ 00205 SMS |

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaints, Arrest

1

1  Warrants, Search Warrants and Search Applications, in the above-
2  captioned case, in camera under seal.  Upon consideration of the
3  application and the entire record herein,
4      IT IS HEREBY ORDERED that the Criminal Complaints, Arrest
5  Warrants, Search Warrants and Search Warrant Applications, and
6  this Sealing Order, along with the Government's underlying
7  Sealing Application, in the above-entitled proceedings shall be
8  filed with this Court in camera under seal and shall not be
9  disclosed to any person unless otherwise Ordered by this Court.
10 DATED: August 18, 2009   _____
                            Honorable Sandra M. Snyder
11                          U.S. Magistrate Judge

2