

1  LAWRENCE G. BROWN
   United States Attorney
2  KAREN A. ESCOBAR
   MARLON COBAR
3  Assistant U.S. Attorneys
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6             IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,       )   1:09MJ00205 SMS
9                                  )
              Plaintiff,            )
10                                  )
        v.                          )   APPLICATION TO UNSEAL CRIMINAL
11                                  )   COMPLAINT AND ARREST WARRANT AND
                                    )   PROPOSED ORDER
12 MIGUEL GOMEZ,                   )
                                    )
13            Defendant.            )
                                    )
14 _____

15

16     The United States of America hereby applies to this Court for

17 an order unsealing the arrest warrant and criminal complaint in

18 the above-captioned proceedings.

19     This motion is based on the fact that the defendant in this

20 matter was arrested on the criminal complaint.

21 Dated: August 19, 2009              Respectfully submitted,

22                                     LAWRENCE G. BROWN
                                       United States Attorney
23
                                  By:  /s/ Karen A. Escobar
24                                     KAREN A. ESCOBAR
                                       Assistant U.S. Attorney
25

26 So ordered.

27 DATED: 8/19/08                       _____
                                       SANDRA M. SNYDER
28                                     U.S. Magistrate Judge

                                   1