



FILED

AUG 19 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1 | LAWRENCE G. BROWN
United States Attorney
2 | KAREN A. ESCOBAR
MARLON COBAR
3 | Assistant U.S. Attorneys
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 |

6 |          IN THE UNITED STATES DISTRICT COURT FOR THE

7 |               EASTERN DISTRICT OF CALIFORNIA

8 |
UNITED STATES OF AMERICA,    )   1:09MJ00205 SMS
9 |                              )
               Plaintiff,     )
10 |                             )
               v.             )   APPLICATION TO UNSEAL CRIMINAL
11 |                             )   COMPLAINT AND ARREST WARRANT AND
                              )   PROPOSED ORDER
12 | MIGUEL GOMEZ,               )
                              )
13 |           Defendant.       )
                              )
14 |
15 |
16 |      The United States of America hereby applies to this Court for
17 | an order unsealing the arrest warrant and criminal complaint in
18 | the above-captioned proceedings.
19 |      This motion is based on the fact that the defendant in this
20 | matter was arrested on the criminal complaint.
21 | Dated: August 19, 2009              Respectfully submitted,
22 |                                     LAWRENCE G. BROWN
                                        United States Attorney
23 |
                              By:   /s/ Karen A. Escobar
24 |                                     KAREN A. ESCOBAR
                                        Assistant U.S. Attorney
25 |
26 | So ordered.
27 | DATED: 8/19/08                     _____
28 |                                     SANDRA M. SNYDER
                                        U.S. Magistrate Judge

1