```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   1:09CR0339 OWW
                                  )
12              Plaintiff,        )
                                  )
13       v.                       )   STIPULATION RE:
                                  )   CONTINUANCE AND ORDER
14  MIGUEL GOMEZ-GOMEZ, et al.,   )
                                  )
15                                )
                Defendants.       )
16  _____)
```

17       Defendant MIGUEL GOMEZ-GOMEZ, by and through his attorney,
18  DALE BLICKENSTAFF, defendant JESUS DURAN, by and through his
19  attorney, ALBERT GARCIA, defendant JESUS GOMEZ-GONZALEZ, by and
20  through his attorney, MICHAEL BERDINELLA, defendant ROGELIO RAMOS
21  FRAUSTO, by and through his attorney, NICHOLAS REYES, and
22  defendant SALVADOR GUTIERREZ MACHUCA, by and through his attorney,
23  ROGER WILSON, and the United States of America, by and through its
24  attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN
25  A. ESCOBAR, Assistant United States Attorney, hereby enter into
26  the following stipulation:
27       1.  The parties to the above-captioned matter agree to vacate
28  the July 6, 2010, hearing in this matter and reset it for July 19,

                                    1

2010, at 9:00 a.m. or at the earliest convenience of the Court and parties.

2. The parties stipulate that the continuance is necessitated by the government's need to have non-elective surgery on July 6, a surgery scheduled on June 21 following a medical examination that day.

3. The parties further stipulate that time has already been excluded through the trial date in September.

DATED: July 22, 2010                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                        Assistant U.S. Attorney


                                        /s/ Dale Blickenstaff
                                        DALE BLICKENSTAFF
                                        Attorney for Defendant
                                        MIGUEL GOMEZ-GOMEZ

                                        /s/ Albert Garcia
                                        ALBERT GARCIA
                                        Attorney for Defendant
                                        JESUS DURAN


                                        /s/ Michael Berdinella
                                        MICHAEL BERDINELLA
                                        Attorney for Defendant
                                        JESUS GOMEZ-GONZALEZ

                                        /s/ Nicholas Reyes
                                        NICHOLAS REYES
                                        Attorney for Defendant
                                        ROGELIO RAMOS FRAUSTO


                                        /s/ Roger Wilson
                                        ROGER WILSON
                                        Attorney for Defendant
                                        SALVADOR GUTIERREZ MACHUCA

2

<u>O R D E R</u>

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of July 6 is hereby vacated in this matter and is reset for July 19, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   July 2, 2010**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

3